OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**


United States Court of Appeals
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 15, 2014

Richard P. Cushing Esq.
Kenneth J. Rosellini Esq.
Judith A. Wahrenberger Esq.
Randall B. Weaver Esq.
Peter D. Wint Esq.

RE: Mohamed Khalil, et al v. DCP&P, et al
Case Number: 14-1506
District Case Number: 2-12-cv-07284

Dear Counsel:

At the direction of the Court, please be advised that the above-captioned case has been removed from the argument list for **Thursday, October 2, 2014.** You will be advised at a later date as to when this case will be re-listed.

Very truly yours,

Marcia M. Waldron, Clerk

By:

Carmen Hernandez
Calendar Team Coordinator
267-299-4952