OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 25, 2014

Richard P. Cushing, Esq.
Kenneth J. Rosellini, Esq.
Judith A. Wahrenberger, Esq.
Randall B. Weaver, Esq.
Peter D. Wint, Esq.

RE: Mohamed Khalil, et al v. DCP&P, et al
Case Number: 14-1506
District Case Number: 2-12-cv-07284

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Monday, December 08, 2014,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **VANASKIE, COWEN and VAN ANTWERPEN, Circuit Judges**